UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -  :  INDICTMENT

RICHARD CABASSA,  :  13 Cr.

        Defendant.  :

- - - - - - - - - - - - - - - - - x

JUDGE KEENAN

13 CRIM 567

## COUNT ONE

The Grand Jury charges:

1. On or about May 22, 2013, in the Southern District of New York, RICHARD CABASSA, the defendant, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a .380 caliber Lorcin Engineering pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON
7-25-2013

_____
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 25 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICHARD CABASSA,

Defendant.

INDICTMENT

13 Cr.

(18 U.S.C. § 922(g)(1))

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

7/25/13 - Filed Indictment.
Case assigned to Judge Keenan
Judge Gorenstein
(NMG)