AMENDED

AO 245D (Rev. 09/17) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Southern District of New York

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| RICHARD CABASSA | |

Case No. 1:13 CR 00567-001 (JFK)

USM No. 68868-054

Philip Weinstein, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s) 3 and 5 ✷ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| (See Next Page) | | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) __1,2,4__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3243

Defendant's Year of Birth: 1972

City and State of Defendant's Residence:
Detained

03/19/2018
Date of Imposition of Judgment

*/s/ John F. Keenan*
Signature of Judge

HON. JOHN F. KEENAN        USDJ
Name and Title of Judge

3/20/18
Date



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-18

DEFENDANT: RICHARD CABASSA
CASE NUMBER: 1:13 CR 00567-001 (JFK)

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | On or about 12/1/2015 through 2/14/2016, in Queens County, NY, the defendant committed a state crime, promoting prostitution in the 2nd degree, in violation of New York State Penal Law 230.30, a Class C felony, in that the defendant knowingly advanced prostitution by compelling a person by force or intimidation, to engage in prostitution, or did profit from such coercive conduct by another. Mandated condition. | 02/14/2016 |
| 5 | On or about 12/1/2015 through 2/14/2016, in Queens County, NY, the defendant committed a state crime, promoting prostitution in the 3rd degree, in violation of New York State Penal Law 230.25, a Class D felony, in that the defendant knowingly advanced or profitted from prostitution of a person less than 19 years of age. Mandated condition. | 02/14/2016 |

DEFENDANT: RICHARD CABASSA
CASE NUMBER: 1:13 CR 00567-001 (JFK)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

24 months   (12 months is to run concurrently with state case in Queens, NY.   12 months is to run consecutively with the state case.)

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL